UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Janet A. Harper | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 15-12268JKF |

## MOTION TO RECONSIDER DISMISSAL

The Debtor hereby respectfully request this Honorable Court to reconsider its Order dismissing the Debtors' Chapter 13 Bankruptcy, and avers the following:

1. The Debtor filed the instant Chapter 13 Bankruptcy on or about April 2nd, 2015
2. Said Bankruptcy was issued case number 15-12268.
3. On or about November 4th, 2015 this Honorable Court Confirmed Debtor's Chapter 13 Plan.
4. Throughout the bankruptcy, the Debtor made consistent monthly payments to the Chapter 13 Trustee in the amount of $146.00. Please see proof of payments from January 1, 2017 through August 2, 2017 marked as **"Exhibit A."**
5. Notwithstanding that, on or about August 14th, 2017 the Chapter 13 Trustee filed a Motion to Dismiss the case due to a failure to make all required Plan payments.
6. Subsequently, the case was dismissed on August 30, 2017.
7. The Debtor believes that if this Honorable Court were to reconsider its Order dismissing her case, she would continue to remain current on her Trustee Plan payments and successfully complete her Chapter 13 Plan.

WHEREFORE, the Debtor humbly request that this Court reconsider its Order dismissing the instant Chapter 13 Bankruptcy, and reinstate the Debtors' Bankruptcy case.

Dated: September 12, 2017

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor
Sadek and Cooper
1315 Walnut Street, #502
Philadelphia, PA 19107
215-545-0008